U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 0 3 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAY TAYLOR,<br>　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-0504-A |
| VERSUS | |
| WARDEN LYNN A. COOPER, et al.,<br>　　Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## MEMORANDUM ORDER

The above-captioned case was reopened pursuant to an order of this court issued on July 24, 2006. The defendants were previously served and answered the complaint on October 3, 2005 (Doc. Item 20). Accordingly,

The parties have until **October 8, 2006**, to complete all appropriate discovery.

Any physician, medical facility, or other health care provider which has examined or administered treatment of any kind to plaintiff relative to the complaint alleged is ordered to release to any party herein, pursuant to any request of that party, and at that party's expense, any and all such medical records that it may possess.

Thereafter, if deemed appropriate, defendants may file a motion for summary judgment or motion to dismiss on or before **November 8, 2006**, supported by relevant affidavits, certified

documents or records, interrogatories and answers, admissions and depositions, if any, and a supporting memorandum brief. The pages of the records *shall* (1) be arranged by type in chronological sequence, (2) securely bound together by comb binder, Acco® paper fastener, or other similar two-hole binder (rubber bands and clips are unacceptable) and (3) numbered consecutively (handwritten numbers are acceptable). An index describing each item of the records sent and showing each item's page number shall also be attached.

The memorandum brief shall specifically refer by exhibit number or page number to an exhibit relied upon. THE COURT WILL NOT CONSIDER ANY EXHIBIT NOT SPECIFICALLY REFERRED TO IN BRIEF.

*Each defendant who does not* file a motion for summary judgment or motion to dismiss **SHALL FILE** a Statement of Factual Issues for Trial, within the same time period, which shall enumerate each genuine issue of material fact perceived by that party which is relevant to this matter, or state that there are none. This statement will be used by the court to determine the necessity for an evidentiary hearing.

**IT IS FURTHER ORDERED** that, as a condition to their acceptance by the Clerk, all future filings by plaintiff or defendant(s) shall include a certificate indicating that a copy thereof has been furnished to the other parties, specifically stating the name and address of each party (or his attorney) to whom a copy of the

pleading was sent.

All parties shall have the responsibility of promptly reporting to the court and to all other parties any change in the mailing address. Failure to do so shall be considered grounds for dismissal or other appropriate sanctions.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, on this _____ day of _August_, 2006.

_____
JAMES D. KIRK
UNITES STATES MAGISTRATE JUDGE