RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE __10-8-06__
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TAYLOR | CIVIL ACTION NO. 05-504 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| COOPER, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### Order for entry of Default Judgment

The defendants have failed to comply with this court's lawful order of August 8, 2006, doc. #26, and have further failed to show cause why they have not complied as ordered on November 1, 2006.

Therefore, IT IS ORDERED that the Clerk of Court enter a default in this matter. Trial will be set by the district judge at which time plaintiff will be given an opportunity to prove up and confirm the default and obtain final judgment.

Alexandria, Louisiana, December 8, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE