RECEIVED
IN ALEXANDRIA, LA
DEC 22 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAY TAYLOR # 180463 | CIVIL SUIT NO. 1:05CV0504 |
| VERSUS | JUDGE: DEE D. DRELL |
| WARDEN LYNN COOPER, ET AL | MAGISTRATE JUDGE: KIRK |

## ORDER

Defendants, WARDEN LYNN COOPER, CPT. PATRICK BORDELON, JAMES COOPER, ANTHONY CORNER, LT. PAUL DESSELLE, SGT. DEWAYNE DUZAT SGT. ROBERT EWING, SGT. DONALD HOWARD, and LPN FAYE WRIGHT Motion to Set Aside the Entry of Default and to allow Defendant's to comply with this Court's Memorandum Order of November 1, 2006 is hereby *for good cause shown* GRANTED.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this the ___ day of December, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE